```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 17-02497-HWV
Kristin P Martz                                                 Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1          User: DDunbar            Page 1 of 1         Date Rcvd: Jul 18, 2017
                              Form ID: ordsmiss        Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2017.
db             +Kristin P Martz,    415 2nd Street,   New Cumberland, PA 17070-2002
4934250        +KML Law Group, P.C.,    Mellon Independence Center,   701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4934249         E-mail/Text: camanagement@mtb.com Jul 18 2017 18:46:01     M&T Bank,   P.O. Box 1288,
                 Buffalo, NY 14240
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 3

Order Dismissing(Form ordsmiss) (11/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Kristin P Martz      Chapter     13
**Debtor(s)**

Case No.     1:17−bk−02497−HWV

**Order**

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: July 18, 2017     By the Court,

*Henry W. Van Eck* (signature)

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: DDunbar, Deputy Clerk